**United States Bankruptcy Court**
**District of Colorado**

In re Elk Run Property Owners Association, Inc. — Debtor(s)

Case No. 26-
Chapter 11

**VERIFICATION OF CREDITOR MATRIX**

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge

Date: January 14, 2026

Signature: /s/ LuAnn Blea
LuAnn Blea
President

Archuleta County Treasurer
449 San Juan St
Pagosa Springs, CO 81147

Colorado Department of Revenue
Denver, CO 80261-0006

Department of Treasury
Internal Revenue Service Center
Ogden, UT 84201-0012

E-Risk Services, LLC
Northwest Professional Ctr
227 US Hwy 206, Ste 302
Flanders, NJ 07836-9174

Extra Holidays, LLC
8427 S Circle Park Cir
Orlando, FL 32819

Extra Holidays, LLC
Office of the General Counsel - RM
8427 S Circle Park Cir
Orlando, FL 32819

MasterCorp
3505 N Main St
P.O. Box 4027
Crossville, TN 38557

Orkin Pest Control
41 Valle Escondido Dr
Durango, CO 81303

Pagosa Area Water Sanitation District
100 Lyn Ave
Pagosa Springs, CO 81147

Porter Lasiewicz CPAs
Attn Cheryl Lasiewicz
980 Enchanted Way, Ste 104
Simi Valley, CA 93065

Resort Services Group
4427 W Kennedy Blvd, Ste 260
Tampa, FL 33609

Resort Services Group, Inc
1509 N Rocky Pont Dr E, Ste 208
Tampa, FL 33607

Resort Services Group, Inc
3000 Gulf to Bay Blvd, Ste 216
Clearwater, FL 33759

Scottsdale Insurance Co
1 Nationwide Plz
Columbus, OH 43215

Scottsdale Insurance Co
8877 N Gainey Center Dr
Scottsdale, AZ 85258

Stephens Insurance LLC
111 Center St, Ste 100
Little Rock, AR 72201

Stephens Insurance, LLC
111 Center St, Ste 100
Little Rock, AR 72201

TK Elevator Corp
788 Circle 75 Pkwy SE, Ste 500
Atlanta, GA 30339

Troy Steadmon
dba T T Enterprises
P.O. Box 5174
Pagosa Springs, CO 81147

Wyndham Vacation Management, Inc
6277 Sea Harbor Dr
Orlando, FL 32821

Wyndham Vacation Resorts, Inc
6277 Sea Harbor Dr
Orlando, FL 32821

Wyndham Vacation Resorts, Inc
8427 S Circle Park Cir
Orlando, FL 32819