| Fill in this information to identify your case |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | |
| Debtor: Elk Run Property Owners Association, Inc. | Case #: 26-10311<br><br>Chapter 11<br>Subchapter V |
| Debtor: Village Pointe Property Owners Association, Inc. | Case #: 26-10314<br><br>Chapter 11<br>Subchapter V |
| Debtor: Masters Place Condominiums Property Owners Association, Inc. | Case #: 26-10313<br><br>Chapter 11<br>Subchapter V |

## Local Bankruptcy Form 9013-1.1

## Notice of Motion/Application/Objection

**Complete applicable sections.**

### Part 1   Objection Deadline

Objection Deadline **February 3, 2026**.

### Part 2   Notice

NOTICE IS HEREBY GIVEN that Elk Run Property Owners Association, Inc., Village Pointe Property Owners Association, Inc., and Masters Place Condominiums Property Owners Association, Inc. (collectively, the "**Movants**") have filed the *Debtors' Motion for an Order (I) Authorizing Debtors to (A) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (II) Determining Compliance with, or Granting a Waiver of, the Requirements of Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief* (the "**Motion**") with the Bankruptcy Court and request the following relief: entry of an Order authorizing the Movants to continue using their existing bank accounts and business forms, granting a limited waiver of certain guidelines promulgated by the United States Trustee, and determining the Movants' bank accounts are in compliance with section 345(b) of the Bankruptcy Code (or granting a waiver thereof).

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movants at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Part 3** | **Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: January 20, 2026.

Respectfully submitted,

LAW OFFICES OF KEVIN S. NEIMAN, PC

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
P.O. Box 100455
Denver, CO 80250
Tel: (303) 996-8637
Fax: (877) 611-6839
E-mail: kevin@ksnpc.com

*Proposed Counsel to Elk Run Property Owners Association, Inc., Village Pointe Property Owners Association, Inc., and Masters Place Condominiums Property Owners Association, Inc.*