**Fill in this information to identify the case:**

Debtor name: **Elk Run Property Owners Association, Inc.**

United States Bankruptcy Court for the District of **COLORADO**

Case number (If known): **26-10311**

☐ **Check if this is an amended filing**

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | Undetermined |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $ 1,682,478.10 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $ 1,682,478.10 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property:*** (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | $ 0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims:*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $ 36,015.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | + $ 22,407.50 |
| 4. **Total liabilities:** Lines 2 + 3a + 3b | $ 58,422.50 |

**Fill in this information to identify the case:**

Debtor name: Elk Run Property Owners Association, Inc.

United States Bankruptcy Court for the District of **COLORADO**

Case number (If known): 26-10311

☐ **Check if this is an amended filing**

# Official Form 206A/B

## Schedule A/B: Assets Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:** **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Axiom Bank | Loan Account | 9805 | $ 10,774.09<br>*Bank balance as of 1/20/2026* |
| 3.2. | Comerica Bank | Sweep Account | 7835 | $ 0.00<br>*Bank balance as of 1/20/2026* |
| 3.3. | Comerica Bank | Checking Account | 6723 | $ 60,246.28<br>*Bank balance as of 1/20/2026* |
| 3.4. | Comerica Bank/Ameriprise | Operating Investment Account | 1133 | $ 374,231.49<br>*Bank balance as of 1/20/2026* |
| 3.5. | Comerica Bank/Ameriprise | Reserves Investment Account | 0133 | $ 1,205,902.56<br>*Bank balance as of 1/20/2026* |

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $ 1,651,154.42

**Part 2:** **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | | Current value of debtor's interest |
|---|---|---|
| 8.1. | Prepaid Insurance | $ 9,077.00 *as of 12/31/2025* |
| 8.2. | Prepaid Federal/State Taxes | $ 10,730.00 *as of 12/31/2025* |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ 19,807.00

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11 a. 90 days old or less: | $ 4,020.00 | - | $ 0.00 | = → | $ 4,020.00 |
| 11 b. Over 90 days old: | $ 186,383.00 | - | $ 183,244.00 | = → | $ 3,140.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 7,160.00

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

- [x] No. Go to Part 5.
- [ ] Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $ 0.00

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- [x] No. Go to Part 6.
- [ ] Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**

- [ ] No.
- [ ] Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

- [ ] No.
- [ ] Yes.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [x] No. Go to Part 7.
- [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

29. **Farm animals Examples: Livestock, poultry, farm-raised fish**

30. **Farm machinery and equipment (Other than titled motor vehicles)**

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

- [ ] No.
- [ ] Yes. Is any of the debtor's property stored at the cooperative?

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- [ ] No.
- [ ] Yes. Is any of the debtor's property stored at the cooperative?

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- [ ] No.
- [ ] Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- [ ] No.
- [ ] Yes.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- [x] No. Go to Part 8. *No such assets owned by debtor.*
- [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86. $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☐ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | 1.92% of the interval ownership of 5 buildings (containing 18 Time-Share Units) and their commitant common areas located at 42 Pinon Causeway, Pagosa Springs, CO 81147 | Tenants in Common | $ Undetermined | N/A | $ Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

- ☑ No.
- ☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- ☑ No.
- ☐ Yes.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | | |
| 61. **Internet domain names and websites** | | | | |
| 62. **Licenses, franchises, and royalties** | | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | | |
| 63.1. | Owners List | $ Undetermined | N/A | $ Undetermined |
| 64. **Other intangibles, or intellectual property** | | | | |
| 65. **Goodwill** | | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89. Undetermined

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

- ☐ No.
- ☑ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- [x] No.
- [ ] Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- [x] No.
- [ ] Yes.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

- [ ] No. Go to Part 12.
- [x] Yes. Fill in the information below.

71. **Notes receivable**

72. **Tax refunds and unused net operating losses (NOLs)**

73. **Interests in insurance policies or annuities**

| | | |
|---|---|---|
| 73.1. | See Attached Exhibit AB73 | $ Undetermined |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

| | | |
|---|---|---|
| 77.1. | Proportional share of miscellaneous furnishings and appliances in 18 occupancy units. | $ Undetermined |
| 77.2. | Proportional ownership of miscellaneous maintenance tools. | $ Undetermined |
| 77.3. | Proportional share of proceeds from sale of three vehicles to Teal Landing Vacation Ownership Association | $ 4,356.68 |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $ 4,356.68 + Undetermined

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- [x] No.
- [ ] Yes.

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| **80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1.** | | $ 1,651,154.42 | | |
| **81 . Deposits and prepayments. Copy line 9, Part 2.** | | $ 19,807.00 | | |
| **82 . Accounts receivable. Copy line 12, Part 3.** | | $ 7,160.00 | | |
| **83 . Investments. Copy line 17, Part 4.** | | $ 0.00 | | |
| **84 . Inventory. Copy line 23, Part 5.** | | $ 0.00 | | |
| **85 . Farming and fishing-related assets.Copy line 33, Part 6.** | | $ 0.00 | | |
| **86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7.** | | $ 0.00 | | |
| **87 . Machinery, equipment, and vehicles. Copy line 51, Part 8.** | | $ 0.00 | | |
| **88 . Real property. Copy line 56, Part 9.** | | | | Undetermined |
| **89 . Intangibles and intellectual property.Copy line 66, Part 10.** | | Undetermined | | |
| **90 . All other assets. Copy line 78, Part 11.** | | $ 4,356.68 + Undetermined | | |
| **91 . Total. Add lines 80 through 90 for each column.** | 91a. | $ 1,682,478.10 | + 91b. | $ 0.00 + Undetermined |

**92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92** 1,682,478.10

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 73

## INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**Elk Run Property Owners Association, Inc.**
**Case No. 26-10311**
**Schedule AB 73. Interests in Insurance Policies or Annuities**

| Insurer | Coverage | Policy # | Policy Term* | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Starr Indemnity & Liability Company<br>Starr Surplus Lines Insurance Company<br>Lloyds of London<br>AIG Specialty Insurance Company<br>American Guarantee and Liability Insurance Company<br>The Ohio Casualty Insurance Company<br>Axis Surplus Insurance Company<br>Allied World Assurance Company | Commercial Property, General Liability, Umbrella Liability, Automobile | 1000100131251<br>1000100145251<br>1000198193251<br>1000198194251<br>1000699969251<br>B1230AP56189A25<br>014956104<br>025032686<br>1000589683251<br>AEC-0950965-05<br>ECO (26) 65891178<br>P-001-001632821-01<br>0314-6823 | 5/1/2025 – 5/1/2026 | Undetermined |
| Scottsdale Insurance Company | Business and Management Indemnity Policy Non-Profit Organizations Declarations | EKS3573708 | 05/18/2025 - 05/18/2026 | Undetermined |

** Policy End Dates May Include Extensions*

**Fill in this information to identify the case:**

Debtor name: **Elk Run Property Owners Association, Inc.**
United States Bankruptcy Court for the District of **COLORADO**
Case number (If known): **26-10311**

☐ **Check if this is an amended filing**

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
Axiom Bank
**Creditor's mailing address**
258 Southhall Ln Ste 400
Maitland, Fl 32751
**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 1 7 6 5

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☐ No.
☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: Undetermined
Column B: Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $0.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: **Elk Run Property Owners Association, Inc.**

United States Bankruptcy Court for the District of **COLORADO**

Case number (If known): **26-10311**

☐ **Check if this is an amended filing**

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C.§ 507).**

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Creditor | Claim | Total Claim | Priority Amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>Archuleta County Treasurer<br>449 San Juan St<br>Pagosa Springs, CO 81147<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:** Property Taxes<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $20,826.00 | $20,826.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>Colorado Department of Revenue<br>P.O. Box 17087<br>Denver, CO 80217-0087<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:** Income Taxes<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,633.00 | $1,633.00 |
| 2.3 | **Priority creditor's name and mailing address**<br>Colorado Department of Revenue<br>P.O. Box 17087<br>Denver, CO 80217-0087<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:** Sales/Use Taxes<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Undetermined | Undetermined |
| 2.4 | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Dept of Treasury<br>Internal Revenue Svc Ctr<br>Ogden, UT 84201-0012<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:** Income Taxes<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $13,556.00 | $13,556.00 |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**3.1 Nonpriority creditor's name and mailing address**
MasterCorp
3505 N Main St
P.O. Box 4027
Crossville, TN 38557

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $20,761.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Departure Cleans

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.2 Nonpriority creditor's name and mailing address**
Pagosa Area Water & Sanitation District
100 Lyn Ave
Pagosa Springs, CO 81147

**Date or dates debt was incurred** 11/30/2025

**Last 4 digits of account number** 1434

**As of the petition filing date, the claim is:** $14.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Raw Water

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.3 Nonpriority creditor's name and mailing address**
Resort Services Group
4427 W Kennedy Blvd, Ste 260
Tampa, FL 33609

**Date or dates debt was incurred** 12/10/2025

**Last 4 digits of account number** PSER

**As of the petition filing date, the claim is:** $1,104.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Internet & Phone services

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.4 Nonpriority creditor's name and mailing address**
TK Elevator Corp
788 Circle 75 Pkwy SE, Ste 500
Atlanta, GA 30339

**Date or dates debt was incurred** 12/01/2025

**Last 4 digits of account number** 0069

**As of the petition filing date, the claim is:** $527.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Elevator

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.5 Nonpriority creditor's name and mailing address**
Vacation Resort Management, Inc
f/k/a Wyndham Vacation Management, Inc
501 W Church St
Orlando, FL 32805

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
Management Fee

**Is the claim subject to offset?**
☐ No.
☑ Yes.

**Part 3: List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.2 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.3 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.4 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.5 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.6 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.7 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.8 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.9 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.10 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.11 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.12 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.13 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.14 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.15 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.16 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.17 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.18 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |
| 4.19 | | Line ____ ☐ Not listed. Explain | __ __ __ __ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a | | $36,015.00 |
| 5.b **Total claims from Part 2.** | 5b | + | $22,407.50 |
| 5.c **Total of Parts 1 and 2**<br>**Lines 5a + 5b = 5c** | 5c | + | $58,422.50 |

**Fill in this information to identify the case:**

Debtor name: **Elk Run Property Owners Association, Inc.**

United States Bankruptcy Court for the District of **COLORADO**

Case number (If known): **26-10311**

☐ **Check if this is an amended filing**

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Association Inventory Rental Agreement | Extra Holidays, LLC<br>8427 S Circle Park Cir<br>Orlando, FL 32819 |
| | **State the term remaining** | 10/21/2011-10/20/2010 | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Level Housekeeping Agreement | MasterCorp, Inc |
| | **State the term remaining** | 01/01/2017-12/31/2018 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Orkin Pest Control Commercial Services Agreement | Orkin Pest Control<br>41 Valle Escondido Dr<br>Durango, CO 81303 |
| | **State the term remaining** | 04/22/2015-04/21/2016 | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Audit and Tax Services Agreement | Porter & Lasiewicz CPAs<br>Attn: Cheryl Lasiewicz<br>980 Enchanted Way, Ste 104<br>Simi Valley, CA 93065 |
| | **State the term remaining** | 10/22/2025-12/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Bulk Communications Services and Access Agreement | Resort Services Group, Inc<br>1509 N Rocky Pont Dr E, Ste 208<br>Tampa, FL 33607 |
| | **State the term remaining** | 10/19/2019-12/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Bulk Services Agreement | Resort Services Group, Inc<br>3000 Gulf to Bay Blvd, Ste 216<br>Clearwater, FL 33759 |
| | **State the term remaining** | 07/02/2013-07/02/2018 | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Business and Management Indemnity Policy Non-Profit Organizations Declarations | Scottsdale Insurance Co<br>8877 N Gainey Center Dr<br>Scottsdale, AZ 85258 |
| | **State the term remaining** | 05/18/2025-05/18/2026 | |
| | **List the contract number of any government contract** | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Certificate of Liability Insurance | Stephens Insurance, LLC<br>111 Center St, Ste 100<br>Little Rock, AR 72201 |
| | State the term remaining | 05/01/2025-05/01/2026 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Landscape Service Agreement | Troy Steadmon<br>dba T&T Enterprises<br>P.O. Box 5174<br>Pagosa Springs, CO 81147 |
| | State the term remaining | 04/01/2017-03/31/2018 | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Management Agreement for Elk Run Property Owners Association, Inc. | Vacation Resort Management, Inc<br>501 W Church St<br>Orlando, FL 32805 |
| | State the term remaining | 01/01/2025-12/31/2029 | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Inventory Foreclosure Agreement | Wyndham Vacation Resorts, Inc<br>6277 Sea Harbor Dr<br>Orlando, FL 32821 |
| | State the term remaining | 12/10/2014-12/10/2014 | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Inventory Foreclosure Agreement between Wyndham Vacation Resorts, Inc. and Elk Run Property Owners Association, Inc. | Wyndham Vacation Resorts, Inc<br>8427 S Circle Park Cir<br>Orlando, FL 32819 |
| | State the term remaining | 01/01/2012-12/31/2012 | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Elk Run Property Owners Association, Inc.**

United States Bankruptcy Court for the District of **COLORADO**

Case number (If known): **26-10311**

☐ **Check if this is an amended filing**

# Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebetors?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

Debtor name: **Elk Run Property Owners Association, Inc.**

United States Bankruptcy Court for the Division, District of **COLORADO**

Case number (If known): **26-10311**

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims* (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206 G)
- ☑ *Schedule H: Codebtors* (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/03/2026
MM / DD / YYYY

Signature /s/ LuAnn Blea

Printed Name LuAnn Blea

Title President