**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>Elk Run Property Owners Association, Inc.,<br>EIN: 84-1055016<br><br>Debtor. | Case Number: 26-10311 TBM<br>Chapter 11 (Subchapter V) |

**ORDER GRANTING MOTION (A) TO DEFER ISSUANCE OF ORDER SETTING HEARING ON CONFIRMATION OF SUBCHAPTER V SMALL BUSINESS PLAN AND NOTICE OF DEADLINES PURSUANT TO FED. R. BANKR. P. 3017.2 AND (B) TO SCHEDULE A STATUS CONFERENCE WITH RESPECT TO THE SAME**

THIS MATTER came before the Court upon the *Motion (A) to Defer Issuance of Order Setting Hearing on Confirmation of Subchapter V Small Business Plan and Notice of Deadlines Pursuant to Fed. R. Bankr. P. 3017.2 and (B) to Schedule a Status Conference with Respect to the Same* (Docket No. 130, the "Motion")[1] filed by debtor and debtor-in-possession Elk Run Property Owners Association, Inc. (the "Debtor"). The Court, having considered the Motion, finds good cause to grant the Motion.

Accordingly, it is ORDERED as follows:

1. The Motion is GRANTED.

2. The Court will defer issuing the Confirmation Scheduling Order until a later date to coincide more closely to the conclusion of the Sales Process and the Section 363(h) Proceeding.

---

[1] Capitalized terms used but not otherwise defined herein shall having the meanings given to them in the Motion.

3. Confirmation of the Plan will not be considered until a later date to be set in the forthcoming Confirmation Scheduling Order.

4. The Debtor by counsel shall appear in person at a status conference scheduled for **Thursday, August 20, 2026, at 2:00 p.m.,** before the undersigned Judge in Courtroom E, 721 19th Street Denver, Colorado 80202, to consider the proper timing of confirmation of the Plan.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this order and in accordance with the Motion.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Date: May 6, 2026

**BY THE COURT:**

Thomas B. McNamara,
United States Bankruptcy Judge