**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor: Elk Run Property Owners Association, Inc.

EIN 84-1055016

Case #: 26-10311

Chapter 11
Subchapter V

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1 Notice

You are hereby notified that the debtor has filed amended documents: **Amended Schedule A/B, D, E/F and G (and Summary), and Amended Statement of Financial Affairs**.

### Part 2 Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |

**2.3. Schedule(s)**

☐ Not applicable (no amendments to Schedules)

☒ Schedule(s) are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| Comerica Bank account 7835 - Type of Account Changed from Sweeps to Checking | | | |
| Comerica Bank account 6723 – Type of Account Changed from Checking to Sweeps | | | |
| Section 55.1 – addressed changed from 42 Pinon Causeway to 457 and 537 Talisman Drive | | | |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☒ Amendment to existing creditor | Axiom Bank (1765) 258 Southhall Lane, Suite 400, Maitland, FL 32751 | Changed from Undetermined to $0.00 | | Changed from Undetermined to $10,774.09 | Bank Account #9805 added; Unchecked additional liable on this claim. |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☒ Amendment to existing creditor | Vacation Resort Management, Inc. f/k/a Wyndham | Changed from Undetermined to $12,646.28 | | Part 4, 5b changed to $35,053.78; |

| | | | | |
|---|---|---|---|---|
| | Vacation Management, Inc<br>501 W Church St<br>Orlando , FL 32805 | | | Part 4, 5c changed to $71,068.78 |
| ☒ New creditor<br>☐ Amendment to existing creditor | Pagosa Lakes Property Owners Association<br>230 Port Avenue<br>Pagosa Springs, CO 81147 | Noticing Purposes Only | | |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| Extra Holidays, LLC<br>501 West Church St.<br>Orlando, FL 32805 | Association Inventory Rental Agreement<br>• Expiration added of 10/28/2027<br>• Address updated to 501 West Church St., Orlando, FL 32805 |
| MasterCorp, Inc<br>3505 N Main St<br>P.O. Box 4027<br>Crossville, TN 38557 | Property Level Housekeeping Agreement<br>• Removed, terminated pre-petition |
| Orkin Pest Control<br>799 Tech Center Dr, Bldg B, Ste 2<br>Durango, CO 81301 | Orkin Pest Control Commercial Services Agreement<br>• Removed, terminated pre-petition |
| Porter & Lasiewicz CPAs<br>Attn Cheryl Lasiewicz<br>980 Enchanted Way, Ste 104<br>Simi Valley, CA 93065 | Audit and Tax Services Agreement<br>• Expiration added of 12/31/2026 |
| Resort Services Group, Inc<br>4427 West Kennedy Blvd., Suite 260<br>Tampa, Florida 33609 | Bulk Communications Services and Amendment to Bulk Services Agreement<br>• Removed, terminated pre-petition |
| Scottsdale Insurance Co.<br>One Nationwide Plaza<br>Columbus, OH 43215 | Business and Management Indemnity Policy Non-Profit Organizations Declarations<br>• Expiration added of 5/18/2026<br>• Address updated to One Nationwide Plaza, Columbus, OH 43215 |
| Stephens Insurance, LLC<br>111 Center St, Ste 100<br>Little Rock, AR 72201 | Certificate of Liability Insurance<br>• Expiration added of 5/1/2026 |
| Troy Steadmon<br>dba T T Enterprises<br>P.O. Box 5174<br>Pagosa Springs, CO 81147 | Landscape Service Agreement<br>• Expiration added of 12/31/2026 |
| Vacation Resort Management, Inc<br>501 West Church Street<br>Orlando, Florida 32805 | Amended and Restated Management Agreement for Elk Run Property Owners Association, Inc.<br>• Expiration added of 1/1/2027 |
| Wyndham Vacation Resorts, Inc<br>501 West Church Street<br>Orlando, Florida 32805 | Inventory Foreclosure Agreement and First Amendment to Inventory Foreclosure Agreement between Wyndham Vacation Resorts, Inc. and Elk Run Property Owners Association, Inc.<br>• Expiration updated to 12/10/2027 |

| | |
|---|---|
| | • Address updated to 501 West Church Street, Orlando, FL 32865 |
| Archuleta County Solid Waste<br>1122 South Highway 84<br>PO Box 1507<br>Pagosa Springs, CO 81147 | Added Credit Account Agreement<br>Expiration added to Indefinite |
| Norton Construction<br>Attn.: Chris Norton<br>1798 Ranchland Drive<br>Pagosa Springs, CO 81147 | Added General Construction Services Agreement<br>Expiration added to 6/16/2026 |
| Colorado Specialty Contracting, LLC<br>134 Arrowhead Drive<br>Pagosa Springs, CO 81147 | Added General Service Agreement<br>Expiration added to 1/1/2027 |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
| |
| |

**2.4. Statement(s)**

☐ Not applicable (no amendments to Statement(s))

☒ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| 7.1 | 1 foreclosure proceeding in process, being held in abeyance | (uncheck "pending")<br>Added Language:<br>Prepetition, the Debtor had tendered one (1) contract associated with a delinquent member to WVR to institute foreclosure proceedings, deeds in lieu of foreclosure, or similar take-back proceedings. The contract number is listed below. However, formal proceedings had not been commenced by the Petition Date. Because the Debtor has now commenced this Chapter 11 case, formal proceedings are not expected to be pursued at this time, without prejudice to potential commencement in the future.<br>Contract 000178802740 |

| | | |
|---|---|---|
| 13.1 | Total amount or value: $4,356.68 | Total Amount or value changed to $9,783.70 |
| 28. | PTVO Owners Association, Inc. changed to First American Trust, FSB | Address changed to c/o First American Title Insurance Company, Vacation Ownership Division, 400 S. Rampart Boulevard, Suite 290, Las Vegas, NV 89145 |
| Part 6, Question 13 | Attachment removed | New Attachment provided. |

**2.5. Addition of Creditor(s)**

☐ Not applicable (no additions)

☒ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

| Creditor's name and/or address added | |
|---|---|
| Pagosa Lakes Property Owners Association<br>230 Port Avenue<br>Pagosa Springs, CO 81147 | ADDED to Schedule E/F |

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| Note – Addresses for certain creditors are updated on Schedule G. Notices of Change of Address for such creditors was filed on February 20, 2026 (ECF No. 77) and March 24, 2026 (ECF No. 106) and therefore is not duplicated here. | |

**Part 3 Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: July 15, 2026

LAW OFFICES OF KEVIN S. NEIMAN, PC

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
PO Box 100455
Denver, CO 80250
Telephone: (303) 996-8637
Fax: (877) 611-6839
E-mail: kevin@ksnpc.com

***Counsel for Debtor***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused true and correct copies of Amended Schedule A/B, D, E/F and G (and Summary and Declaration), and Amended Statement of Financial Affairs, this Notice of Amendment, the Notice of Chapter 11 Bankruptcy Case [ECF No. 42], a proof of claim form, the debtor's plan of liquidation and related exhibits [ECF No. 129], and the Court's Order on same [ECF No. 139] to be served on July 15, 2026, via regular U.S. mail, postage prepaid, upon:

| | |
|---|---|
| Pagosa Lakes Property Owners Association<br>230 Port Avenue<br>Pagosa Springs, CO 81147 | Archuleta County Solid Waste<br>1122 South Highway 84<br>PO Box 1507<br>Pagosa Springs, CO 81147 |
| Norton Construction<br>Attn.: Chris Norton<br>1798 Ranchland Drive<br>Pagosa Springs, CO 81147 | Colorado Specialty Contracting, LLC<br>134 Arrowhead Drive<br>Pagosa Springs, CO 81147 |

I HEREBY FURTHER CERTIFY that I caused true and correct copies of Amended Schedule A/B, D, E/F and G (and Summary and Declaration), and Amended Statement of Financial Affairs, and this Notice of Amendment to be served on July 15, 2026, via regular U.S. mail, postage prepaid, upon:

| | |
|---|---|
| Extra Holidays, LLC<br>501 West Church St.<br>Orlando, FL 32805 | Resort Services Group, Inc<br>4427 West Kennedy Blvd., Suite 260<br>Tampa, Florida 33609 |
| MasterCorp, Inc<br>3505 N Main St<br>P.O. Box 4027<br>Crossville, TN 38557 | Scottsdale Insurance Co.<br>One Nationwide Plaza<br>Columbus, OH 43215 |
| Orkin Pest Control<br>799 Tech Center Dr, Bldg B, Ste 2<br>Durango, CO 81301 | Stephens Insurance, LLC<br>111 Center St, Ste 100<br>Little Rock, AR 72201 |
| Porter & Lasiewicz CPAs<br>Attn Cheryl Lasiewicz<br>980 Enchanted Way, Ste 104<br>Simi Valley, CA 93065 | Troy Steadmon<br>dba T T Enterprises<br>P.O. Box 5174<br>Pagosa Springs, CO 81147 |
| Vacation Resort Management, Inc<br>501 West Church Street<br>Orlando, Florida 32805 | Wyndham Vacation Resorts, Inc<br>501 West Church Street<br>Orlando, Florida 32805 |
| Vacation Resort Management, Inc.<br>f/k/a Wyndham Vacation Management, Inc<br>501 W Church St<br>Orlando , FL 32805 | Axiom Bank<br>258 Southhall Lane, Suite 400<br>Maitland, FL 32751 |

*<u>/s/ Kevin S. Neiman</u>*
Kevin S. Neiman